EG   D.C.
ELECTRONIC

**Jul 1 2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 04-61330- CIV-UNGARO-BENAGES/BROWN

EQUAL ACCESS FOR ALL, INC.,
A Florida not-for-profit corporation

and

JOE HOUSTON, an individual

        Plaintiff,

vs.

FAUBEL FAMILY TRUST,
PATRICIA FAUBEL AND
WARREN FAUBEL TRUSTEES
U/D/T DATED MARCH 4, 1992

        Defendants.

_____/

## NOTICE OF SETTLEMENT

      The parties hereby give notice that they have amicably resolved the above-styled action.

Respectfully submitted,

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | FISTEL & ROGATINSKY, LLP |
| 200 East Broward Boulevard | 103 N.E. 4th Street |
| Suite 1900 | Fort Lauderdale, Florida 33301 |
| Fort Lauderdale, Florida 33301 | Telephone: (954) 763-9210 |
| Telephone: (954) 462-9500 | Facsimile: (954) 763-9110 |
| Facsimile: (954) 462-9567 | |
| | |
| By: s/ Glenn Rissman | By: s/ F. Scott Fistel |
| GLENN M. RISSMAN | F. SCOTT FISTEL |
| Florida Bar No. 899526 | Florida Bar No. 0817554 |
| E-mail: grissman@swmwas.com | E-mail: fsflaw@hotmail.com |

18/aj

I:\W-LIT\04397\003\Notice Settle.wpd